IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3017 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON J. SVOBODA, DOUGLAS D. GEORGE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendant, Douglas D. George, has moved to continue trial, (filing no. 17), because additional interviews and discovery documents have been produced which need to be reviewed. Counsel for the government and co-defendant Jason Svoboda do not oppose the requested continuance. The defendant's motion will be granted.

IT IS ORDERED:

1) Defendant Douglas D. George's motion to continue, (filing no. 17), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on July 18, 2011 for the duration of four trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds the ends of justice will be served by continuing the trial; and the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 18, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 5th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge