IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3017 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JASON J. SVOBODA, DOUGLAS D. GEORGE, | ) ) | |
| | ) | |
| Defendants. | ) | |

Defendant George has moved to continue the trial currently set for July 18, 2011. (Filing No. 20.) As explained in the motion, counsel for defendant George has another trial scheduled for July 18, 2011, and cannot represent the defendant in this forum on the currently scheduled trial date. The government and defendant Svoboda do not oppose the requested continuance. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant George's motion to continue, (filing no. 20), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on September 19, 2011, or as soon thereafter as the case may be called, for a duration of four (4) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant Geroge's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time between today's date and September 19, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(6) & (h)(7)(A).

June 27, 2011

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge