IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CR3017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JASON J. SVOBODA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Defendant Svoboda's unopposed motion to modify conditions of release, (filing no. 32), is granted.

2) Defendant Svoboda is permitted to secure his passport for the limited purpose of being out of the country from February 22, 2012 through March 1, 2012 to travel to and from the Country of Jamaica to attend his brother's wedding.

DATED this 31st day of January, 2012.



BY THE COURT:

_____
United States Magistrate Judge